On petition for review filed September 22, petition for review allowed; decision of Court of Appeals vacated; judgment of district court affirmed December 18, 1997

## STATE OF OREGON,
*Petitioner on Review,*

*v.*

## CARL EUGENE ROBISON, JR.,
*Respondent on Review.*

(DC 93-4579-C; CA A84219; SC S44559)

951 P2d 686

Timothy A. Sylwester, Assistant Attorney General, Salem, filed the petition for petitioner. With him on the petition were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Lawrence J. Hall, Silverton, filed the response for respondent.

Before Carson, Chief Justice, Gillette, Van Hoomissen, Fadeley, Graber, and Durham, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The judgment of the district court is affirmed in light of *State v. Webb*, 324 Or 380, 927 P2d 79 (1997).

** Kulongoski, J., did not participate in the consideration or decision of this case.